IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NEFETALI LIMA,**

    **Petitioner,**

    v.                                    Case No. 2:05-cv-00015
                                         JUDGE MARBLEY
**JULIUS WILSON, Warden,**             Magistrate Judge KEMP

    **Respondent.**

## OPINION AND ORDER

On August 5, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending this action be dismissed as barred by the one year statute of limitations under 28 U.S.C. §2244(d). Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner objects to all of the recommendations of the Magistrate Judge. He again raises all of the same arguments that were previously raised.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed at length in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

                                                       s/Algenon L. Marbley
                                                       ALGENON L. MARBLEY
                                                       United States District Judge